UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ | No. 1:19-MJ-06087-MPK-3 |

### NOTICE OF APPEARANCE OF JOSHUA C. SHARP

Please enter my appearance as counsel for Defendant Gamal Abdelaziz in the above-captioned matter.

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorney,

*/s/ Joshua C. Sharp*
Joshua C. Sharp (BBO No. 681439)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1135
jsharp@nixonpeabody.com

Dated: March 22, 2019

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on March 22, 2019, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp